JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENLEY HARDIN, KATHRYN THYNE, AND JOHN SLOATMAN, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>vs.<br><br>RAPID CAPITAL FUNDING, LLC, and DOES 1 through 10, inclusive, and each of them,<br>Defendant. | Case No. 2:18-cv-01815-JLS-KS<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

**DATED: October 24, 2018**

_____
The Honorable Josephine L. Staton
United States District Judge